**STATE of Missouri, Respondent,**

**v.**

**Earl ARMSTRONG, Appellant.**

**No. 62003.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 6, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction of second-degree assault in violation of § 565.060 RSMo 1986. Defendant was sentenced to five years' imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).